# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDO MOISES GOMEZ-SOTO,<br><br>Petitioner<br><br>v.<br><br>WARDEN J. RICOLCOL,<br><br>Respondent. | Case No. 5:24-cv-00297-DDP (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all documents filed and lodged in this action, Respondent's Motion to Dismiss the Petition [Dkt. 7, "Motion"], and the Report and Recommendation of United States Magistrate Judge [Dkt. 10, "Report"]. The time for filing Objections to the Report has passed, and no Objections have been received.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: the Motion is GRANTED; the Petition is DENIED WITH PREJUDICE; and Judgment shall be entered dismissing this action with prejudice.

DATE: May 5, 2025

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE