JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALSO MOISES GOMEZ-SOTO, | Case No. 5:24-cv-00297-DDP (GJS) |
| Petitioner | |
| v. | **JUDGMENT** |
| WARDEN J. RICOLCOL, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: May 5, 2025

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE